IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

HENRY G. REESE,                    *

      Petitioner,             *

vs.                                *
                     CASE NO. 3:09-CV-14 (CDL)
JAMES LANIER,                      *

      Respondent.             *

ORDER ON RECOMMENDATION TO DISMISS

    This matter is before the Court pursuant to a Recommendation by the United States Magistrate Judge entered on December 14, 2009. No party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the Order of this Court.

    IT IS SO ORDERED, this 13th day of January, 2010.


                         S/Clay D. Land
                           CLAY D. LAND
                    UNITED STATES DISTRICT JUDGE